**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KENNETH HANCOCK, ET AL. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-523 |
| | § | |
| UNION PACIFIC RAILROAD COMPANY | § | |

## **MEMORANDUM ORDER**

The above-titled and numbered civil action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The reports of the Magistrate Judge, which contain his recommendations for the approval of settlement as to Kenneth Hancock and minor children, have been presented for consideration. No objections were filed to the Reports and Recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the reports of the United States Magistrate Judge as the conclusions of this court.

SIGNED this 11th day of March, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE